IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2014 AUG 29 PM 4: 03

CLERK_____
SO. DIST. OF GA.

UNITED STATES OF AMERICA,    *
                             *
v.                           *      CASE NO.   CR 312-003
                             *
NICO HARSWELL.               *
                             *
                             *

## O R D E R

Before the Court is Mr. Nico Harswell's motion to dismiss his earlier filed pro se motion for return of property. The motion is **GRANTED**.

On July 23, 2014, Mr. Harswell, currently serving a 210 month prison sentence, filed a pro se motion for return of property. On August 25, 2014, after conferring with his attorney, Mr. Harswell filed a motion to dismiss his July 23 motion because it was not properly before this Court.

Upon due consideration this Court finds that dismissal is appropriate. **IT IS THEREFORE ORDERED** that Mr. Harswell's motion to dismiss (doc. no. 796) is **GRANTED**.

The Clerk is directed to **TERMINATE** Mr. Harswell's motion for return of property (doc. no. 785).

**ORDER ENTERED** at Augusta, Georgia, this 29th day of August, 2014.

UNITED STATES DISTRICT JUDGE