IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 312-003-01 |
| | * | |
| NICO HARSWELL | * | |

ORDER

Before the Court is Defendant Nico Harswell's motion to terminate the remainder of his supervised release. With no opposition from the United States Probation Office or the United States Attorney's Office, and in consideration of the factors set forth in 18 U.S.C. § 3553(a), **IT IS ORDERED** that the motion (doc. no. 979) is **GRANTED**. Nico Harswell is hereby discharged from his term of supervised release. The Clerk is directed to send a copy of this Order to Mr. Andrew Doughty of the United States Probation Office.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2025.

_____
UNITED STATES DISTRICT JUDGE